MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant and Respondent, *v.* MAX S. WEIL et al., Individually and as Executors and Trustees under the Will of SAMUEL WEIL, Deceased, et al., Respondents and Appellants.

Argued April 17, 1952; decided May 29, 1952.

*Vincent Keane* and *Haughton Bell* for appellant and respondent.

*Morris J. Bricker* for respondents and appellants.

Upon plaintiff's appeal: Judgment affirmed, without costs. Upon defendants' appeal: Appeal dismissed, without costs, upon the ground that they are not parties aggrieved. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.